**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| SHAWN DOUGLAS SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:08-CV-432 CAS |
| | ) |
| FRANKLIN COUNTY ADULT | ) |
| DETENTION FACILITY, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file. On March 31, 2008, plaintiff filed the above-captioned cause of action against the Franklin County Adult Detention Center, Mark Parmeley, Joey Miller, and Mike Delatore. At the time he filed his complaint, plaintiff moved that he be allowed to proceed in forma pauperis. Plaintiff, however, failed to file the required financial information to support such a motion.

On April 29, 2008, this Court ordered plaintiff to submit within thirty days a certified copy of his inmate trust fund account statement. See 28 U.S.C. § 1915(a)(2). In addition, the Court warned plaintiff that his failure to comply with this order would result in the dismissal of his case. To date, plaintiff has failed to comply with this Court's order.

Accordingly,

**IT IS HEREBY ORDERED** that the Court shall dismiss, without prejudice, plaintiff's complaint due to his failure to submit a certified copy of his inmate trust fund account statement pursuant to this Court's order of April 29, 2008. See Fed. R. Civ. P. 41(b).

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to proceed in forma pauperis is **DENIED** as moot. [Doc. 2]

An appropriate Order of Dismissal shall accompany this Memorandum and Order.

                                           **CHARLES A. SHAW**
                                           **UNITED STATES DISTRICT JUDGE**

Dated this ___17th___ day of June, 2008.